```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

| | |
|---|---|
| PABLO FIGUEROA, et al., | |
| Plaintiffs, | Civil No. 06-3757 (JHR) |
| v. | |
| GARY L. PAYNE, et al., | |
| Defendants. | |

### **SCHEDULING ORDER**

This Matter having come before the Court as a result of a Request for Trial De Novo, filed on July 14, 2008, by counsel for plaintiffs;

**IT IS** this **15th** day of **July, 2008,** hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **August 5, 2008 at 9:00 a.m. Plaintiffs' counsel shall initiate the telephone conference.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER** F‌ED. R. C‌IV. P. 16(f).

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge